UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
CDM DIGITAL, INC., AND
KINGDOM KOME CUTS

                                Plaintiffs,                        **COMPLAINT**

v.

                                                No.: _____

PELOTON INTERACTIVE, INC., and
PELOTON INTERACTIVE, LLC

                                Defendants.

                                                  Jury Trial Demanded
-----------------------------------------------------X

        Plaintiffs CDM Digital, Inc., and Kingdom Kome Cuts by their attorneys Meth Law Offices, PC, for their complaint against Peloton Interactive, Inc. ("Peloton"), upon knowledge as to themselves and their own acts, and upon information and belief as to all other matters, allege as follows.

### Nature of the Action

        1.     This is an action to recover damages from Peloton for statutory damages due to willful infringement by Peloton while having actual knowledge of infringement while also acting in reckless disregard of its obligations under the copyright law.

        2.     Peloton has used approximately four hundred and four musical works owned or administered by Plaintiffs over a period of years in the videos that it makes available to its hundreds of thousands of customers without a synchronization (or "sync") license for most of them. For those works that it did actually procure a sync license for, it failed to send a single accounting or pay anything beyond the initial payment.

3.      Peloton also used most or all of the Plaintiffs' works it possessed, after the initial license period expired, without permission or renumeration.

4.      Upon information and belief, Peloton's infringement was and continues to be knowing and/or reckless.

5.      Peloton knew what the copyright law required, having entered into sync licenses with Plaintiff and then wantonly using their musical works, sometimes for free and mostly without renumeration far in excess of any permissions they were initially granted.

6.      Those copyright violations continue, as Peloton creates new workout videos containing works owned or administered by Plaintiffs and continues to make archived videos available that use Plaintiffs' works.

7.      Peloton is one of the world's most successful fitness and technology companies. Founded in 2012, it is a hardware company and subscription service that allows consumers to replicate the experience of a high-end exercise studio at home. Peloton sells high-tech stationary bikes and treadmills that enable users to participate in instructor-led video workouts, while competing against other class participants and viewing performance metrics. It sells subscriptions to its video content library both to consumers who have purchased a Peloton bike or treadmill and those that have not.

8.      Peloton's fitness videos contain music from start to finish. Music not only can provide a tempo for a treadmill run or stationary bike ride; it is essential to creating the instructor's desired atmosphere. Peloton publishes the music playlists for some of its archived videos and offers consumers the ability to select workout classes based on the type of music they want to hear, allowing them to choose a class focusing on, for example, classic rock, contemporary pop, electronic,

hip hop or country, among other genres.

9.      By Peloton's own admission, music is at the center of the Peloton experience.  As Peloton said in a June 27, 2018 press release, "[o]ur members have embraced music as central to the Peloton experience and consistently rank it as one of the top aspects of the brand." Peloton nonetheless deliberately decided to use Plaintiffs' musical works without any regard for the rights of thousands of songwriters and creators whose music helped fuel the explosive growth of Peloton from a startup to a company reported to be valued in excess of $4 billion.

10.     At all relevant times, Peloton was fully aware that in order to lawfully embody copyrighted musical works in connection with visual images, copyright law required Peloton to obtain authorization from owners of the copyrighted works in the form of what is commonly referred to as a "synchronization" or "sync" license. A synchronization license allows the licensee lawfully to reproduce a protected work "in connection with" or "in timed relation with" a visual image, such as videos that Peloton records, archives and makes available to its customers. On information and belief, Peloton entered into sync licenses with owners of certain other musical works while inexplicably and unlawfully using the musical works of Plaintiffs over a period of years without license or recompense.

11.     Plaintiffs therefore bring this action to enjoin Peloton's ongoing infringement of copyrighted musical works owned or administered by Plaintiffs, and to recover the maximum statutory damages resulting from Peloton's callous and flagrant prior and ongoing infringement.

**The Parties**

12.     Plaintiffs are music publishers that own or control the copyrights in numerous musical works that were synchronized by Peloton without Plaintiffs' authorization. Plaintiffs earn

their livelihood, in part, by licensing their exclusive rights to sync their musical works.

13.    Plaintiff CDM Digital, Inc., ("CDM"), is a Corporation organized and existing under the laws of the State of New York as it was formely located in Brooklyn, New York, with its current principal place of business at 2513 Robin Hill Drive, Charlotte, NC 28210 and is actively engaged in the business of music publishing whereby it licenses the use, reproduction, synchronization and distribution of musical works for which it either owns or controls the copyrights described in attached **Exhibits A and B.**

14.    Plaintiff Kingdom Kome Cuts is a production company with an office at 115 Vanguard Building, 18 Westferry Road, E14 LZB, London, is actively engaged in the business of music publishing whereby it licenses the use, reproduction, synchronization and distribution of musical works for which it either owns or controls the copyrights in conjunction with CDM as described in attached **Exhibits A and B**.

15.    Defendant Peloton is a corporation organized and existing under the laws of Delaware, with its principal place of business in New York, New York. Peloton sells stationary fitness bikes and treadmills and streams to its subscriber members workout videos that feature musical works for which it neither owns nor controls the copyrights, and for which it has not obtained the necessary license from the copyright owner.  Plaintiffs entered into a contract with the Plaintiff as Peloton Interactive, LLC, with an office at 227 West 29th April 17, 2019 Street, Suite 9F, New York, NY 10001 ("Licensee").

### Jurisdiction and Venue

16.    This Court has subject matter jurisdiction over this action, which arises under the Copyright Act, 17 U.S.C. §§ 101 et seq., pursuant to 28 U.S.C. §§ 1331 and 1338(a).

17.     This Court has personal jurisdiction over Peloton because its principal place of business is located within this District, and because Peloton has conducted systematic and continuous business in this District.

18.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(a) because Peloton has its principal place of business within the District and has committed, and continues to commit, acts of copyright infringement within the District.

### The Facts

### Plaintiffs' Exclusive Synchronization Rights

19.     Plaintiffs are music publishers that own and/or control the U.S. copyrights in certain musical compositions (for the purposes of this Complaint, the terms "musical compositions" and "musical works" are used interchangeably), in whole or in part. Plaintiffs often administer these copyrighted musical works on behalf of the songwriters who composed those songs. Without the creative efforts of those and other songwriters, the music that Peloton uses in its workout videos would not exist.

20.     The U.S. Copyright Act grants copyright owners such as Plaintiffs an exclusive bundle of rights with respect to each of their copyrighted works, which includes the exclusive right to reproduce, perform publicly and/or distribute (or authorize others to reproduce, perform and/or distribute) those copyrighted works. See 17 U.S.C. § 106.

21.     Pursuant to this exclusive grant of rights, Plaintiffs license the public performance, reproduction, synchronization and/or distribution of musical works in their catalogs, collect the income arising from such licensing, and pay the songwriters their share of the license income, where

applicable. Those songwriters, in turn, rely on those license fees to support their livelihood so that they can continue creating new songs.

22.     A number of musical works owned and/or controlled by Plaintiffs are written by more than one songwriter, each of whom may be affiliated with a separate music publisher. To the extent that Peloton has obtained licenses from other music publishers with respect to their share of such joint works, such licenses, consistent with industry standard, do not convey rights with respect to the copyright interests of Plaintiffs or their administered songwriters in those works.

23.     The right to license the synchronization of a musical work is derived from the copyright owner's exclusive right of reproduction. See 17 U.S.C. § 106(1). The word "synchronization" is used to describe this particular form of reproduction because "synchronizing involves making a piece of music an integral part of the audiovisual work — by recording the music in 'timed-relation' with the moving pictures in an audiovisual work." KOHN ON MUSIC LICENSING 1086 (4th ed. 2010). "[T]he permission granted under a synchronization license is traditionally limited to the making of a recording of a musical composition subject to the condition" that "the recording only be used as part of the particular audiovisual work specified in the agreement." Id. Thus, use of the same musical composition in a different context or in a different audiovisual work "would require a separate license, carrying an additional fee." Id. at 1105–06.

### Plaintiffs' Copyrighted Musical Works

24.     Among many other copyrighted musical works, Plaintiff owns and/or controls the U.S. copyright in the musical compositions such as J Nitti ft Rowetta - No More Comin' Down (Darude Remix Radio).wav; J Nitti ft Rowetta – Surrender – original radio edit 3; and 2am v Darude feat. Georgia "Crazy World" - original radio edit as well as over 400 others that were orignially

licensed to the Defendants.

25.     Plaintiffs have identified 404 musical works that they own or control (in entirety or in part) see attached in videos that Peloton has made or currently makes available to its customers. A list of those works, each of which have been registered with the U.S. Copyright Office, Peloton has willfully infringed by using those works without a sync license from Plaintiffs, is attached hereto as **Exhibit A and B**.

26.     Peloton has used a number of Plaintiffs' musical works in multiple workout videos. "J Nitti ft Rowetta - No More Comin' Down (Darude Remix Radio)," for example, has been used in an unknown number of, no less than 5 workout videos since late 2017.  Each of those uses required a separate sync license.  Peloton obtained none. Similarly, " Nitti ft Rowetta – Surrender – original  radio edit" has been used in an unknown number of, no less than 5 workout videos in that period, and "2am v Darude feat. Georgia "Crazy World" - original radio edit" is in an unknown number of, no less than 5 workout videos in that period, all without a sync license from Plaintiffs.
Peloton Builds a Highly Successful Business by Infringing Plaintiffs' Copyrights

27.     Peloton was founded in 2012, at a time when gyms and fitness studios that provide stationary cycling classes were becoming increasingly popular. Peloton sought to profit on that popularity by providing an in-studio cycling experience that consumers could use in their own homes, at any time. To that end, Peloton offers and sells equipment and streaming workout videos for at-home stationary bike and treadmill fitness. Peloton has expanded its offerings to include yoga, strength, and other exercise classes, which are available via live and streaming video.

28.     Peloton's chief product is a stationary exercise bike equipped with a 22" HD touchscreen that streams videos of Peloton's indoor cycling classes, both live and on-demand (the

"Peloton Bike"). Peloton also sells a treadmill equipped with a 32" HD touchscreen that streams videos of Peloton's indoor cardio and strength workouts, both live and on-demand (the "Peloton Tread").

29.     In addition to purchasing a Peloton Bike and/or Peloton Tread, consumers pay a monthly subscription fee ($39 per month) to access any one of over 13,000 Peloton workout videos at any time in the comfort of their own home.

30.     Music is the lifeblood of the Peloton workout experience. Peloton's workout videos feature popular songs that inspire consumers to work out harder, faster and more often. Indeed, Peloton has publicly acknowledged that its consumers "embrace[] music as central to the Peloton experience and consistently rank it as one of the top aspects of the [Peloton] brand." Yet, despite the fact that music is "central to the Peloton experience" and "one of the top aspects" of the Peloton brand, Peloton has failed to obtain licenses from or pay certain music rightsholders—including Plaintiffs—for the use of their songs.

31.     There is no question as to the deliberate and willful nature of Peloton's infringement of Plaintiffs' copyrighted musical works. Peloton is fully aware of the exclusive copyright interests of Plaintiffs and their clients in those musical works, and the need to obtain a sync license before using any of those works in its workout videos.

32.     Based in part on its unauthorized use of the copyrighted musical works of Plaintiffs and other rightsholders, Peloton has quickly built a highly successful and lucrative business. Peloton currently has more than 600,000 subscriber members, and its revenues have grown from approximately $60 million in 2015, to nearly $170 million in 2016 and over $300 million in 2017. As a result of its meteoric success in the marketplace, Peloton is reported to have a value in excess

of $4 billion.

## Plaintiffs' Injury

33.     Since releasing the Peloton Bike in 2014, Peloton has repeatedly and continuously reproduced and synchronized recordings of Plaintiffs' copyrighted musical works without authorization from or compensation to Plaintiffs, in violation of Plaintiffs' exclusive rights under the Copyright Act. Such repeated and continuous infringement of Plaintiffs' copyrighted musical works was intended to, and did in fact, benefit Peloton by allowing it to provide to its subscribers a vast library of workout videos featuring some of the most popular songs ever recorded, without having to negotiate and pay Plaintiffs for the rights to use those songs or pay what was due uder the agreements they did have.

## CLAIM FOR RELIEF

## (Copyright Infringement)

34.     Plaintiffs re-allege and reincorporate by reference all of the allegations in paragraphs 1 through 33.

35.     Peloton, without the permission or consent of Plaintiffs, has reproduced and synchronized copyrighted musical works owned and/or controlled by Plaintiffs, including, but not limited to, the copyrighted musical works identified in Exhibits A and B, all of which have been registered with the U.S. Copyright Office.   While Peloton initially signed agreements for synchronization rights with the Plaintiff, once Plaintiff delivered those musical work Defendant failed to pay for the work required under the contract, or provide accounting, and continued to use musical work after initial synchronization licenses expired without permission or consent or renumeration.

36.     Peloton's conduct infringes on the copyrighted musical works owned and/or controlled by Plaintiffs, and hence their exclusive rights under the Copyright Act in violation of 17 U.S.C. § 106(1).

37.     Peloton's acts of infringement are intentional and willful, in violation of Plaintiffs' exclusive rights.

38.     Each unauthorized synchronization of Plaintiffs' copyrighted musical works by Peloton constitutes a separate and distinct act of infringement, separately actionable under the Copyright Act, and giving rise to a separate statutory damages award.

39.     Pursuant to 17 U.S.C. § 504(c), Plaintiffs are entitled to the maximum statutory damages in the amount of $150,000 for each infringement. Alternatively, at Plaintiffs' election and pursuant to 17 U.S.C. § 504(b), Plaintiffs are entitled to their actual damages, including Peloton's profits from its infringement of Plaintiffs' copyrighted musical works, as will be proven at trial.

40.     Plaintiffs also are entitled to their costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

## COUNT II

### Breach of Contract

41.     The parties entered into a contract on or about the 1st day of March 2014. Defendant requested to exploit various KKC/CDM catalog songs, or portions thereof, via their Service as defined in the contract.

42.     Plaintiffs granted to Defendants, solely during the Term and throughout the Territory, and solely in accordance with the terms and conditions set forth in this Agreement, the non-exclusive, limited right, license and privilege to reproduce, synchronize, perform and distribute

KKC / CDM Masters solely via the Service and on the Approved Platforms as was defined in the contract.

43.    That contract included certain definitions as follows:

b)    A "Composition" shall mean a copyrighted, non-dramatic musical composition. For the avoidance of doubt, Compositions shall not include sound recordings of musical compositions.

(c)    A "Master" shall mean a copyrighted recording embodying a musical composition.

(d)    "Pro-Rata Share" means a fraction, the numerator of which is the number of "plays" of all KKC / CDM Compositions via the Service (with partially owned/controlled KKC / CDM Compositions counting as partial plays, based on KKC / CDM percentage interest therein), and the denominator of which is the number of total plays of all Compositions (including, without limitation, KKC / CDM Compositions) via the Service, during the applicable Quarterly Accounting Period (as defined herein).

(e)    An "KKC / CDM Composition" shall mean each of the musical compositions listed on the attached Schedule A which are made available to Licensee subject to the terms and conditions set forth in this Agreement. With respect to any Composition which is or may be owned or controlled by KKC / CDM only in part, the term "Composition" shall refer only to that portion of the musical composition owned or controlled by Publisher.

(f)    An "KKC / CDM Master" shall mean each of the master recordings

embodying each of the musical compositions listed on the attached Schedule B which are made available to Licensee subject to the terms and conditions set forth in this Agreement

(i)     Its Pro-Rata Share of One Cent ($0.01) for each separate play of each KKC/CDM Composition on or via any element of the Service; and

(ii)    One Cent (U.S. $0.01) for each separate play of each KKC / CDM Master on or via any element of the Service; and

44.     In July 2014 Plaintiff facilitated the sending of a hard drive containing over 400 songs to Graham Stanton and emailed a confirmation to him at his email address at <graham@pelotoncycle.com> as follows:

From: Diane Cheadle <dianecheadle12@gmail.com>

Date: July 7, 2014 at 11:59:12 AM EDT

To: Graham Stanton <graham@pelotoncycle.com>

Subject: Invoice

Hey Graham attached is invoice due

$5,000.00

The hard drive should come this week from Europe with all the music on it - 400 song so far ill get this to you asap

Can you please issue a check for me, and let me know if you need me to come collect it, or if it'll be mailed

Ary will start tomorrow using my music :)

45.     Attached as **Exhibits A and B** are the track listing for the 404 songs included in that

agreement.

46.     Defendant's proceeded to use those works and continue to use the works to the present day.

47.     Defendant's breached that contract by not providing any accountings as required by paragraph 7 as follows:

(a) Within forty-five (45) days after the end of each applicable Quarterly Accounting Period, Licensee shall pay to KKC / CDM all royalties applicable for that period, and shall account to KKC / CDM in a manner such that KKC / CDM may pay its writers and artists, including by providing statements ("Statements") indicating, for the relevant Quarterly Accounting Period: (i) All financial and other relevant data supporting the calculation of all royalties; (ii) the number of plays of KKC / CDM Compositions and KKC / CDM Masters via the Service; (iii) KKC / CDM's Pro-Rata share; and (iv) all other information and/or data necessary for KKC / CDM to verify the calculation of royalties paid or payable to KKC / CDM hereunder.

(b) In order to enable KKC / CDM to be satisfied that it is being accounted to on an accurate and timely basis, an independent third party auditor ("Auditor") may, at Licensee's offices and at KKC / CDM's sole cost and expense, examine and make copies and extracts of Licensee's books, records and server logs (collectively, the "Accounting Materials"). Licensee shall cooperate with the Auditor to assist the Auditor in understanding the Accounting Materials. The Accounting Materials may be examined only (i) during Licensee's normal business hours, and (ii) upon at least thirty (30) days' prior notice to Licensee. Licensee agrees to keep and maintain true and accurate Accounting Materials in connection with the Service and all transactions related thereto or otherwise contemplated under this Agreement, and shall retain such Accounting Materials for a period of not less than three (3) years after each accounting to KKC / CDM. KKC / CDM shall not have the right to examine the Accounting Materials more frequently than once in any twelve (12)-month period or more than once with respect

to any particular Statement. KKC / CDM acknowledges that the Accounting Materials constitute and contain Confidential Information, and the Auditor examining the Accounting Materials shall sign and deliver to Licensee a standard confidentiality agreement in a form reasonably acceptable to KKC / CDM and Licensee prior to engaging in any such examination. The Auditor will report to KKC / CDM only information necessary to enable KKC / CDM to enforce its rights hereunder. If, as a result of any audit performed pursuant to this paragraph 7(b), it is determined that Licensee has understated the Royalties due to KKC / CDM by ten percent (10%) or more, Licensee shall pay to KKC / CDM the amount by which Royalties have been understated (the "Additional Royalties") and shall reimburse KKC / CDM for KKC / CDM's actual out-of-pocket, documented costs of the audit.

48.     Defendant's breached that contract by not paying Plaintiff's sums as they became due under paragraph 6 of that agreement as follows:

(a) During each calendar quarter beginning on the Effective Date, and for every calendar quarter during the Term thereafter (each, a "Quarterly Accounting Period"), Licensee shall pay to KKC / CDM:

(i) Its Pro-Rata Share of One Cent ($0.01) for each separate play of each KKC / CDM Composition on or via any element of the Service; and

(ii) One Cent (U.S. $0.01) for each separate play of each KKC / CDM Master on or via any element of the Service; and

(b) For the avoidance of doubt, and solely by way of example, if the same KKC / CDM Master is played one (1) time via a Live Stream and one (1) time via an Archived Stream, Licensee shall pay KKC / CDM Two Cents in total (i.e., One Cent per play via each element of the Service). By way of further example, if, in the example above, each of the plays above are also KKC / CDM Compositions, Licensee shall pay KKC / CDM Four Cents in total (i.e., One Cent per play for each element of the Service for the KKC / CDM Composition and One Cent per play for each element of the service for the KKC / CDM Master).

(c) Fees hereunder shall be calculated and paid to KKC / CDM in United States Dollars. No payments

shall be diminished or reduced in any manner for any reason, including without limitation, any withholdings, currency restrictions, exchanges or taxes. Upon written request, KKC / CDM shall provide Licensee with a current W-9 form.

(d) In the event, during the Term hereof, Licensee shall pay to any other licensor of master recordings or musical compositions exploited via the Service a royalty rate(s) which is proportionately greater than the rates set forth in paragraph 6(a) hereinabove, this Agreement shall be deemed to incorporate such greater royalty rate(s), and such proportionately greater consideration shall be payable to KKC/CDM on a prospective basis promptly following

Licensee's payment of such proportionately greater consideration to the applicable third party.

49.     Due to Defendant's breach Plaintiffs have been damaged in an amount to be determined at trial but believed to be in excess of one hundred thousand ($100,000.00) dollars.

**WHEREFORE,** Plaintiffs pray for judgment against Peloton and for the following relief:

**COUNT I**

a.     A declaration that Peloton has willfully infringed the copyrighted musical works owned and/or controlled by Plaintiffs in violation of the Copyright Act;

b.     A permanent injunction requiring Peloton and Peloton's agents, employees, officers, attorneys, successors, licensees, partners and assignees, and all persons acting in concert with any one of them, to cease directly and indirectly infringing, and causing, enabling, facilitating, encouraging, promoting, inducing, and/or participating in the infringement of, any of Plaintiffs' rights protected by the Copyright Act;

c.     An award of statutory damages for Peloton's willful infringement pursuant to

17 U.S.C. § 504, or, alternatively, Plaintiffs' actual damages, including Peloton's profits, in an amount to be determined a trial;

d.    An award of prejudgment interest according to law;

e.    An award to Plaintiffs of their attorneys' fees, together with the costs and disbursements of this action; and

**Count II**

a.    An award of damages for Peloton's breach of contract including an accounting and all royalties and license payments due under the contract, in an amount to be determined a trial;

b.    An award of prejudgment interest according to law;

c.    An award to Plaintiffs of their attorneys' fees, together with the costs and disbursements of this action; and

d.    Such other and further relief as the Court deems just and proper.

**Jury Demand**

Plaintiffs hereby demand a trial by jury of all issues so triable.

Dated: April 17, 2019
     Chester, New York

                        Michael Meth, Esq. MM9489
                        Meth Law Offices, PC
                        10 Moffatt Lane
                        Chester, NY 10918
                        (845) 469-9529
                        Michael@methlaw.com

**VERIFICATION**

STATE OF ~~NEW YORK~~ North Carolina   )
                                        ) :ss:
COUNTY OF Mecklenburg.

Diane Cheadle, on behalf of CDM Digital, Inc. and Kingdom Kome Cuts, being duly sworn, says that he/she is the Plaintiff in the above-named proceeding and that the foregoing complaint is true to his/her own knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters he/she believes it to be true.

 

_____
Diane Cheadle
CDM Digitial, Inc. & Kingdom Kome Cuts

Sworn to before me this
17 day of April, 2019

_____
Notary Public

```
AMANDA S GUY
NOTARY PUBLIC
CABARRUS COUNTY, NC
My Commission Exires  5-15-22.
```

# EXHIBIT A

## SONGS WITH UNDER COPYRIGHT & MASTERS - $0.02 per play per person

2am v Darude feat. Georgia "Crazy World"

Ali Payami vs Aquagen & Warp Brothers - Blade (Ali Payami Original Radio).wav

Ali Payami vs Aquagen & Warp Brothers - Blade (Ali Payami Original Radio).wav

Big T feat. Gerald G. - Born Free (Radio Mix).wav

Big T feat. Gerald G - Born Free (D.O.N.S. Festival Remix).wav

D.O.N.S. & Mikael Weermets ft K.O - Open Your Eyes (Vocal Mix).mp3

D.O.N.S. & Alim - Alive (Video Edit).wav

D.O.N.S. & Dany Cohiba - Like Loleatta (Dennis Ramoon Remix).wav

D.O.N.S. & Dany Cohiba - Like Loleatta (Groove Salvation Remix).wav

D.O.N.S. & Dany Cohiba- Like Loleatta (Original Mix).wav

D.O.N.S. & MAURIZIO INZAGHI FEAT PHILIPPE HEITHIER - SEARCHING FOR LOVE(SEAL DE GREEN 2K13 EXTENDED MIX).wav

D.O.N.S. & Maurizio Inzaghi feat. Philippe Heithier - Searching For Love (9Five Radio Edit).wav

D.O.N.S. & Maurizio Inzaghi feat. Philippe Heithier - Searching For Love (Radio Edit).wav

D.O.N.S. & Maurizio Inzaghi feat. Philippe Heithier - Sky Is The Limit (Edit).wav

D.O.N.S. feat. Jerique - Groove On (Album Edit).wav

D.O.N.S. ft Gloria Gaynor - Supernatural Love (Burnett & Cooper Funk Remix Edit).wav

D.O.N.S. ft Gloria Gaynor - Supernatural Love (St. Petersburg Mix).aif

D.O.N.S. ft Gloria Gaynor - Supernatural Love (Vocal Radio Version).aif

D.O.N.S. pres. Sabién & Alim feat. Jérique - Naughty (D.O.N.S. vs. Sabién & Alim Remix).wav

D.O.N.S. presents John Morley ft Terri B. - Oh La La La (Kelevra 90's Revival Remix).wav

D.O.N.S. presents John Morley ft Terri B. - Oh La La La (Short Edit).wav

Dave Manna & Charlie Chalk Feat. Pete Millwood - Release The Power (Steve Murano Radio Edit).wav

Dead Tailor feat No Bitch! - Fallin (I Scream) (Hard As Nails Mix).wav

Dead Tailor feat No Bitch! - Fallin (I Scream) (Kingdom Kome Being Undressed).wav

Dead Tailor feat No Bitch! - Fallin (I Scream) (Kingdom Kome Club).wav

DJ Bomba - Bass Brummt (Edit).wav

DJ Bomba - Crazy Pipe (Radio Mix).wav

DJ Bomba - Honk If You Are Horny (Original Edit).wav

DJ Bomba - Pump & Pipe (Original).wav
DJ Bomba - The Funk (200C° Remix).wav
DJ Bomba - The Funk (Original Mix).wav
DJ Bomba - Wonder Why (Why Mix).wav
DJ Kutski - The Underground (Dirty Underground Dub).wav
DJ Kutski - The Underground(Original Mix).wav
Ed Kurno & Matt Moore - Scream (Dany Cohiba Remix).wav
Ed Kurno & Matt Moore - Scream (Original Mix).wav
Hansol & Lars Van Dalen - What_s Up (Lars Van Dalen Edit).wav
Hansol & Lars Van Dalen - What's Up (Hansol Mix).wav
John Morley - Brothers & Sisters (Radio Funk).wav
John Morley - Brothers & Sisters (Radio Original).wav
John Morley - Naughty (Klaas Remix Radio Mix).wav
John Morley - Naughty (Monoloop Radio Mix).wav
John Morley - Naughty (Radio Mix).wav
John Morley - Shout It Out (Dirty Filtered Edit).wav
John Morley - Shout It Out (Original Edit).wav
Kingdom Kome feat Nelo - Nowhere (D.O.N.S. Radio Edit).wav
Kingdom Kome feat Nelo - Nowhere (Original Radio).wav
Kingdom Kome Feat. David Nicol - Feel The Magic (Radio Edit).wav
Kingdom Kome Feat. David Nicoll - Feel The Magic (Alternative Radio Edit).wav
Maaya - Velvet Rain (Noel De Clarke Edit).wav
Maaya - Velvet Rain (Radio Version).wav
Maaya - Velvet Rain (Sunstorm Edit).wav
Noone Costelo - Damn Hot (Original Mix).wav
Noone Costelo - Milligram (Original Mix).wav
Noone Costelo- Milligram (D.O.N.S & Dany Cohiba Remix).wav
Pikko vs DJ Bomba - House (DJ Bomba Remix).wav
Pikko vs DJ Bomba - House (Extended Mix).wav

Pikko vs DJ Bomba - House (Pikkos E-House Mix).wav
Pikko vs DJ Bomba - House (Trilogical Remix).wav
Two Pearls - My Friend Is A DJ.wav
Warp Brother ft Red Monkey - Blade (200 C° Radio Edit).wav
Warp Brother ft Red Monkey - Blade (D.O.N.S. Dirty Dub).wav
Warp Brothers - Blast The Speakers - Advanced 7- Mix.wav
Warp Brothers - Going Insane (Single Instr Mix).wav
Warp Brothers - Going Insane (Single Mix).wav
Warp Brothers - Push (Kenny L Edit).wav
Warp Brothers - Push (ToneDepthRockTheHouseMixRadioEdit).wav
Warp Brothers - Push Back Radio Edit.wav
Warp Brothers - Push Down Radio  Edit.wav
Warp Brothers - Push Up Radio Edit.wav
Warp Brothers - Warp Brothers (Single Cut).mp3
Warp Brothers - We Will Survive  (D.O.N.S. Remix).wav
Warp Brothers - We Will Survive (Club Mix Short Break).wav
Warp Brothers ft. Aquagen - Phatt Bass (Warp Brothers Single Cut).wav

# EXHIBIT B

**MASTER RIGHTS ONLY (NOT COPYRIGHTS) = $0.01 per play (per person)**

| |
|---|
| Antoine Clamaran vs Philippe B - In My House (Antoine Clamaran Mix).wav |
| Antoine Clamaran vs Philippe B - In My House (Philippe B Mix).wav |
| Adrian Bood - VON (D.O.N.S. vs Tristan Casara Remix).wav |
| After 6 - The Edge (Original Mix).wav |
| Airodynamic - Enjoy The Ride (NUMA Radio Mix).wav |
| ALEXXANDER - ISABELLE (ORIGINAL).wav |
| Antoine Clamaran - Attraction (Edit).wav |
| Antoine Clamaran - Decadence (Edit).wav |
| Antoine Clamaran - Landing (Radio Edit).WAV |
| Antoine Clamaran - Lets Get Together (Radio Edit).wav |
| Antoine Clamaran - Rapper's Delight (Radio edit).wav |
| Antoine Clamaran - Take Off (Original Cut).wav |
| Antoine Clamaran & Mario Ochoa feat Lulu Hughes - Give Some Love (Arno Cost & Norman Doray aka Le Monde Remix Edit).wav |
| Antoine Clamaran & Mario Ochoa feat Lulu Hughes - Give Some Love (Richard Earnshaw Remix Edit).wav |
| Antoine Clamaran & Mario Ochoa feat Lulu Hughes - Give Some Love (Tristan Garner Crossover Remix Edit).wav |
| Antoine Clamaran feat Emily Chick - Keep On Tryin (12 Vox Remix Cut).wav |
| BamBam - Where's Your Child (DBN Remix Edit).wav |
| BamBam - Where's Your Child (Northcutz Remix Edit).wav |
| Bebo Serra - POWA! (Original Mix).wav |
| Bebo Serra - That House (Original Mix).wav |
| Brown Sneakers - Inside Out (Radio Edit).wav |
| Burnett & Cooper - Heart Of You (Radio Mix).wav |
| C 90 - Yo DJ (Warp Brothers Remix).wav |
| Cash vs. INXS - Dream on Black Girl (Original Mix).wav |
| Celina Lewis - Stay Strong.wav |

Chris Kaeser - Back to 89-92 (original mix).wav

Chris Kaeser - Back to 89-92 (Sami Dee & Fred Jones remix).wav

Chris Kaeser & Nic Kat - Scream (Big Room Edit).wav

Chris Kaeser & Nic Kat - Scream (Kim Jofferey Remix Edit).wav

Chris Kaeser & Nic Kat - Scream (Soft Radio Mix).wav

Clubworxx - Children (Radio Mix).aif

Clubworxx - Tanga Strings (Main Mix Radio Edit).WAV

Clubworxx - Tanga Strings (Michael Simon Remix Radio Edit).WAV

CRAM - Make Me Feel (Club Mix).mp3

D.O.N.S. & DBN feat Kadoc - The Nighttrain (Burnett & Cooper Remix Edit).aif

D.O.N.S. & DBN feat Kadoc - The Nighttrain (Jerry Ropero Remix).wav

D.O.N.S. & DBN feat Kadoc - The Nighttrain (John Dahlback Version).wav

D.O.N.S. & DBN feat Kadoc - The Nighttrain (Nick Terranova Remix).wav

D.O.N.S. & DBN feat Kadoc - The Nighttrain (Radio Edit).aif

D.O.N.S. & DBN feat Kadoc - The Nighttrain (Robbie Rivera Juicy Mix).wav

D.O.N.S. & DBN feat Kadoc - The Nighttrain (Vocal Radio Mix).wav

D.O.N.S. ft Terri B. - You Used To Hold Me (Avicii Remember Remix).wav

D.O.N.S. ft Terri B. - You Used To Hold Me (David Tort Remix).wav

D.O.N.S. ft Terri B. - You Used To Hold Me (Greg Cerrone Radio Edit).wav

D.O.N.S. ft Terri B. - You Used To Hold Me (Syke 'n' Sugarstarr Main Mix).wav

D.O.N.S. ft Terri B. - You Used To Hold Me (TV Rock Remix Edit).wav

D.O.N.S. ft. Terri B. - You Used To Hold Me (Greg Cerrone Radio Edit).wav

Da'Others - Electro Fridays (Original Mix).wav

Da'Others - Human Side (Original Mix).wav

Darren Glen feat Rachel - New World (Pitch Dark Edit).wav

Dave Armstrong - Make Your Move (Antoine Clamaran Radio Edit).wav

Dave Armstrong - Make Your Move (Radio).wav

Dave Armstrong - Out Of Touch (Radio Mix).wav

Dave Armstrong - Release The Tension (Radio Edit).wav

Dave Armstrong & Redroche - Love Has Gone (D.O.N.S. & DBN On A Love Mission Remix).aif

Dave Armstrong & Redroche - Love Has Gone (Davide Pedro Remix)_NO EFFECTS.wav

Dave Armstrong & Redroche - Love Has Gone (Davide Pedro Remix)_SHOKHMASTER.wav

Dave Armstrong & Redroche - Love Has Gone (Davide Pedro Remix).wav

Dave Armstrong & Redroche - Love Has Gone (DJ DLG Mix).wav

Dave Armstrong & Redroche - Love Has Gone (Mashtronic Remix).wav

Dave Armstrong & Redroche - Love Has Gone (Original Mix)_2.wav

Dave Armstrong & Redroche - Love Has Gone (Original Mix).wav

Dave Armstrong & Redroche - Love Has Gone (Swen G Remix).wav

Desto - I'll Be There (Monoloop Remix Radio Edit).wav

Desto - I'll Be There (Radio Edit).wav

Diego Ray - Believe In Me (Club Mix Edit).wav

Diego Ray - Believe In Me (NUMA! Remix Radio).wav

Diego Ray - Believe In Me (Original Radio Edit).wav

DJ Dan - Rock To The Rhythm (Original Edit).wav

DJ Dan - Rock To The Rhythm (Starkillers Edit).wav

DJ Lia & Terri B! - Walking On Air (Radio Edit).wav

DJ Nick - Summer Samba (Andy F Radio Edit).aif

DJ Nick - Summer Samba (Noferini Radio Edit).aif

DJ Nick - Summer Samba (Original Radio Edit).aif

DJ ROLAND - The Dirty Cha (BLACKTRON REMIX).wav

Dont Delete - Detroit.wav

Douglas Palmer and Pit Bailay - Your Time (Jaybeetrax Edit).wav

Douglas Palmer and Pit Bailay - Your Time (Radio Edit).wav

Eric Laville - Night Visions (Erics Sadic Mix).wav

3

| |
|---|
| F & Martinengo ft. TK - Let's Go Out Tonight (Brooklyn Bounce Club Edit).wav |
| F & Martinengo ft. TK - Let's Go Out Tonight (Brooklyn Bounce Radio Edit).wav |
| F & Martinengo ft. TK - Let's Go Out Tonight (Burnett & Cooper Radio Mix).wav |
| F & Martinengo ft. TK - Let's Go Out Tonight (D.O.N.S. Remix Edit).wav |
| F & Martinengo ft. TK - Let's Go Out Tonight (Limelight Edit).wav |
| F & Martinengo ft. TK - Let's Go Out Tonight (Monoloop Short Remix).aif |
| Farren Amani feat. Kweku - Angel (Electro Radio Edit).wav |
| Farren Amani feat. Kweku - Angel (Original Radio Mix).wav |
| Farren Amani feat. Kweku -Angel (House Mix Radio Edit).wav |
| Filatov - Back In The Love (Dmitry Filatov Radio Edit).wav |
| Filatov - Back In The Love (Swanky Tunes Radio Edit).wav |
| Filatov - Back In The Love (Tim Resler Radio Edit).wav |
| Filatov - Back In The Love (Vadim Soloview Radio Mix).wav |
| Fish & Chips vs Feel Good Productions - Bouncing In Draut (D.O.N.S. & DBN Radio Edit).wav |
| Fish & Chips vs Feel Good Productions - Bouncing in Draut (Nicola Fasano & Steve Forest Radio).wav |
| Funabashi presents Saltwater - The Legacy 2.0 (Alphazone Radio Remix).wav |
| Funabashi presents Saltwater - The Legacy 2.0 (Clubmix Shortcut).wav |
| Futuristic Polar Bears - Expand.wav |
| Futuristic Polar Bears - Rock This City (Original Mix).wav |
| Genetik & Gio Martinez - Pixel (Bingo Players Dead Pixel Remix).wav |
| Genetik & Gio Martinez - Pixel (Oliver Twizt's Minijack Remix).wav |
| Genetik & Gio Martinez - Rempejack (Bassjackers & Ralvero Remix).wav |
| Genetik & Gio Martinez - Rempejack (Oliver $ Remix).wav |
| Georgio Prezioso - Makacos (Edit).wav |
| Giorgio Prezioso - Exorcism (Edit).wav |
| Good Fader - Godfather (2006 Radio Edit).wav |
| Good Fader - Godfather (Burnett & Cooper Edit).wav |

4

Good Fader - Godfather (Pulsedriver Short Instrumental Remix).wav

Good Fader - Godfather (Stereo Vampires Short Version).aif

Greg Cerrone - Taking Control Of You (D.O.N.S. Remix Radio Edit).wav

Greg Dorian - Sandisco (Original Mix).wav

Here & Now - Bizzare Love Triangle (Radio Cut).wav

Here & Now - Bizzare Love Triangle (Rocco vs Bass Ts Now Or Never Rmx Cut).wav

Hightower - Tonight (Club Edit).wav

Hightower - Tonight (Radio Edit Instrumental).wav

Hightower - Tonight (Radio Edit).wav

HouseClap & Max C - On & On (Mikael Weermets Remix).wav

J Nitti ft Rowetta - No More Comin' Down (Darude Remix Radio).wav

J Nitti ft Rowetta - No More Comin' Down (Radio Mix).wav

**J Nitti ft Rowetta – Surrender**

Jerk & Bastard ft Inusa - Rebel Music (Matthias Menck vs D.O.N.S. Rmx Edit).wav

Jerk & Bastard ft Inusa - Rebel Music (Original Edit).wav

Jerry Ropero - The Storm (John Dahlback Vocal Mix).wav

Jerry Ropero - The Storm (Main Edit).wav

Jerry Ropero ft. Cozi - The Storm (D.O.N.S. & DBN Remix).aif

Jerry Ropero ft. Cozi - The Storm (Inpetto Instrumental Edit).wav

Jerry Ropero ft. Cozi - The Storm (Inpetto Remix Edit).wav

Jerry Ropero ft. Cozi - The Storm (Short Version).aiff

Jesse Voorn - 4 Music 4 Life (Radio Edit).wav

John Shelvin feat. Molly - Just Like You Said (Radio Edit).mp3

Jungle Park - Tarzan Boy - Original Single Edit.aif

Jungle Park - Tarzan Boy - Villa Edit.aiff

Kadoc - The Nighttrain (Kosmonova Radio Edit ).wav

Kadoc - The Nighttrain (Warp Brothers Remix).wav

Kadoc - You Got To Be There (Warp Brothers Remix Edit).wav
Karen Mukupa - Let It Play (J Nitti Remix Radio).wav
Karen Mukupa - Let It Play (Mark Alston Remix Radio).wav
Kash - Chocolat (Doktor's Fingers Remix Edit).wav
Kash - Chocolat (Original Radio Edit).wav
Kash - Rotor (Mix One).wav
Kash - Tropical Sax (Radio).wav
Kelevra & Kop Out ft Ez - Scrap Pop Culture (Bill Eff Remix).wav
Kelevra & Kop Out ft Ez - Scrap Pop Culture (Original Mix).wav
Kelevra ft Whiskey Pete - Jak Muzik (Aniki Remix).wav
Kelevra ft Whiskey Pete - Jak Muzik (Jaimie Fanatic Midnight Mix).wav
Khushi Soni- The 8 (Original Mix).wav
Khushi Soni-The 8 (D.O.N.S. & Dany Cohiba Remix).wav
Kortezman - Everybody`s Free (7th Heaven Radio Edit).wav
Kortezman - Everybody`s Free (Hernandez vs DJ Tyo Free French Edit).wav
Kortezman - Everybody`s Free (London Calling Remix Edit).wav
Kortezman - Everybody`s Free (Original Kortezman Radio Edit).wav
Kosinus, Skvatt & Max Gabriel - Are U Ready.wav
Kosmonova - Raumpatrouille (Dream Radio Edit).wav
Laurent Pautrat - Mr Dicky Pinky (DBN Remix Edit).wav
Laurent Pautrat - Mr Dicky Pinky (Edit Mix).wav
Laurent Pautrat feat. Carol Jiani - Stop The Music (Bubble edit mix).wav
Laurent Pautrat feat. Carol Jiani - Stop The Music (Dance edit mix).wav
Laurent Pautrat feat. Carol Jiani - Stop The Music (Original edit mix).wav
London Calling - Shouts Out (Daagard & Morane Remix Edit).wav
London Calling - Shouts Out (Original Radio Mix).wav
London Calling - you drive me crazy (original drive short mix).wav

London Calling - you drive me crazy (Yellow Drill Rmx Edit).wav
Louis Osbourne - Maia (Ramon Zenker Remix).wav
Louis Osbourne - Maia.wav
Marcelo Vak & Sprite - Mister Disco (Maurizio Inzaghi Remix).mp3
Marcelo Vak & Sprite - Mister Disco (Original Mix).wav
Marco Demark ft Mark Shine - Can You Feel It (Radio Mix).wav
Marco Demark ft Peter Millwood - I Can't Fight This (Albin Myers & Jonas Sellberg Remix).wav
Marco Demark ft Peter Millwood - I Can't Fight This (Original Radio Mix).wav
Maurizio Inzaghi - Out Of My Mind (Radio).wav
Maurizio Inzaghi - Take Me Higher (Original).wav
Maurizio Inzaghi & D.O.N.S. - Voodoo Express.wav
Maurizio Inzaghi & Fine Touch Feat. Jonny Rose - We Gotta Rage (Radio).wav
Melissa Tkautz - The Glamorous Life (AC Radio Edit).wav
Melissa Tkautz - The Glamorous Life (Hotfuss Radio Edit).wav
Melissa Tkautz - The Glamorous Life (Radio Edit).wav
Melvin Reese - Without Love (Radio Edit).wav
Mikael Weermets & Audible ft Max C - Free (Extended Mix).wav
Mikael Weermets feat. Errol Reid - Time (D.O.N.S. Remix).wav
Mike Perry and Stephan M feat Vanity - Psycadelic (Radio Edit).wav
Milo & Subbliss pres. SMUG feat. Stephy Haik - I'm A Woman (Radio Edit).wav
Mister Rokk feat Fancy - Slice Me (Radio Mix).wav
Monte Cristo feat. Cozi - Physical (Club Mix).wav
Mox Codeta - Phuture (Original Mix).wav
Mox Codeta - Rock It Now (Original Mix).wav
Murphy Brown feat Lorraine - Just Cant Get Enough (Alex Megane vs. Marc van Damme Radio).wav
Murphy Brown feat Lorraine - Just Cant Get Enough (Klubb Radio Mix).wav
Murphy Brown feat Lorraine - Just Cant Get Enough (Original Radio).wav

Murphy Brown feat Lorraine - Just Cant Get Enough (Ruff Mix).wav

Murphy Brown feat Lorraine - Just Cant Get Enough (Villa & Gant Radio Remix).wav

NBG - Candy On The Dancefloor (Radio Mix).wav

Nightmakers - Make The World Go Round (Franck Dona & Joan Kruff Remix Radio Edit).wav

Nightmakers - Make The World Go Round (Radio Edit).wav

Niki Belucci - Get Up (Burnett & Cooper Remix Radio).wav

Niki Belucci - Get Up (D.O.N.S. & DBN Meeting At The Beauty Salon Edit).wav

Niki Belucci - Get Up (D.O.N.S. & DBN Meeting At The Beauty Salon Radio Mix).wav

Niki Belucci - Get Up (Kelevra's Keep On Remix).wav

Noferini - Sex (DBN Remix Edit).wav

Noferini - Sex (Original Mix radio edit).WAV

Noferini - Sex (Tom Novy Radio Edit).WAV

Noferini & Kortezman feat. Jocelyn Brown- I Dont Want You Anymore (7th Heaven Radio Edit).wav

Noferini & Kortezman feat. Jocelyn Brown- I Dont Want You Anymore (David Ciappy Radio Edit).aiff

Noferini & Kortezman feat. Jocelyn Brown- I Dont Want You Anymore (Kortezman Radio Edit).wav

Noferini & Kortezman feat. Jocelyn Brown- I Dont Want You Anymore (Noferini Radio Edit).wav

Noferini feat Jack In The City – C'mon (After Summer Mix).wav

Noferini feat Jack In The City – C'mon (D.O.N.S. Remix).wav

Noferini feat Jack In The City – C'mon (Jack In The City Remix).wav

Noferini feat Peyton - Till You Come Back (Original Edit).wav

Northcutz - Ass Kickin (Club Mix Edit).wav

Northcutz - Ass Kickin (D.O.N.S. Remix Edit).wav

Northcutz - Ass Kickin (DBNs Remix Edit).wav

Northcutz - Ass Kickin (Noferini Remix Edit).wav

Numal Feat. Christi - A Long Way (Radio Edit).wav

NuShock feat Melinda Williams - Hot Shot (DJ Spyx Remix Radio Edit).wav

OnePhatName - Trump It.wav

Patric La Funk - Xylo (Bingo Players Remix).wav

Phillipe b pres Twist My DJ - Step 2 Gether (Dave Spoon Remix).wav

Phillipe b pres Twist My DJ - Step 2 Gether (Original).wav

Pikko - What Is House (Audiolust Remix).wav

Pikko - What Is House (Duck & Dog Remix).wav

Pikko - What Is House (Extended Mix).wav

Raw Style - All Day And All Of The Night (Raw Edit).wav

Raw Style - All Day And All Of The Night (Raw Radio Mix).wav

Raw Style - All Day And All Of The Night (Style Radio Mix).wav

Real Big Fish - Bodyrock  (Original Radio Mix).wav

Real Big Fish - Bodyrock (Mikado Punchers Remix Edit).wav

Real Big Fish - Lui (Inspiration Vibes Edit).wav

Real Big Fish - Lui (Mikado Punchers Edit).wav

Real Big Fish- Lui (Este Ritmo Short Edit).wav

Ritmo Playaz - Get Together (Fox5 Remix Edit).wav

Ritmo Playaz - Get Together (Radio Edit).wav

Robert Livesu & DJ Eako feat Geneiva Hallen - Hold Your Head Up High (D.O.N.S. vs Menck Remix Edit).wav

RODION GORDIN - LOVE ME RIGHT(RADIO MIX).wav

Rokk & Senkbeil - Der Leiermann (Adam Mc Thorn Remix Edit).wav

Rokk & Senkbeil - Der Leiermann (D.O.N.S. Radio).wav

Rokk & Senkbeil - Der Leiermann (Original Radio).wav

Roland & Darkjet - Under The MilkyWay (Radio Edit).wav

Romain curtis - The Box (Original Mix).wav

Romain Curtis - The Box (Philippe B Re-Construction Mix).wav

Royal DJs - Got A Feeling (Mash Edit).wav

Royal DJs - Got A Feeling (Original Edit).wav

Royal DJs - Got A Feeling (Ronny Edit).wav

9

Royal Djs - Got A Feeling (Vocal Edit).wav

Royal DJs - I Adore You (Mash Edit).wav

Royal DJs - I Adore You (Vocal Edit).wav

Royal Gigolos - California Dreaming (Clubhouse Single Edit).wav

Royal Gigolos - California Dreaming (Tek House Single Edit).wav

Royal Gigolos - Funky.wav

Royal Gigolos - Get The Party Started (Nicola Fasano & Steve Forest Radio Mix).wav

Royal Gigolos - Get The Party Started (Original Edit).aiff

Royal Gigolos - Get The Party Started (Skreatch Radio Mix).aiff

Royal Gigolos - Girls just wanna dance (2-4 Grooves Vocal Edit).wav

Royal Gigolos - Girls Just Wanna Dance (Radio Edit).wav

Royal Gigolos - Girls Just Wanna Dance (Single Mix) 2.wav

Royal Gigolos - Girls just wanna dance (UK Radio Edit).wav

Royal Gigolos - Happy Song.wav

Royal Gigolos - I've Got.wav

Royal Gigolos - Live @ Brooklyn (Radio Mix).wav

Royal Gigolos - No Milk Today (Alternative Radio Mix).wav

Royal Gigolos - No Milk Today (Radio Mix).wav

Royal Gigolos - Screamin Gigolos.wav

Royal Gigolos - Self Control (D.O.N.S. Single Mix).wav

Royal Gigolos - Self Control (Single Version).wav

Royal Gigolos - Set Me Free.wav

Royal Gigolos - Sombodys Watching Me (Single Version).wav

Royal Gigolos - Tell It To My Heart (Jerry Ropero Remix Edit).wav

Royal Gigolos - Tell It To My Heart (Radio Edit).wav

Royal Gigolos - Tell It To My Heart (Sonny Burnett Radio Mix).wav

Royal Gigolos - The DJ.wav

Sami Dee & Freddy Jones vs. Crystal Waters - Gipsy Woman (Da Big Room Anthem Edit).wav

Sami Dee & Freddy Jones vs. Crystal Waters - Gipsy Woman (Short Edit).wav

Sami Dee & Freddy Jones vs. Crystal Waters - Gipsy Woman (The Disco Boys Remix Edit).wav

Scanners - Feeling Good (D.O.N.S. Remix).wav

Seal De Green - Catching The Sun (Original Mix).wav

Seal De Green - Catching The Sun (Radio Edit).mp3

Seal De Green - Everybody (Get Down) (Club Mix).mp3

Seal De Green - Everybody Get Down (Koen Groeneveld Remix).mp3

Seal De Green - Everybody Get Down (Monte Cristo Radio Edit).wav

Sebastien Leger - Epoxy (Grosomodo Mix).wav

Sebastien Leger - Epoxy (Oliver Klein Rmx).wav

Sebastien Leger - Epoxy (Original).wav

Sebastien Leger - Hit Girl (Radio Edit).wav

Sebastien Leger - Take Your Pills (Radio Edit).wav

Sergio Matina & Gabry Sangineto - Obsexxion (TendenziA Mix).wav

Sgt Slick & Pitch Dark - Automatic Machine (Radio Edit).wav

Sgt Slick & Pitch Dark Featuring Abigail Bailey - Automatic Machine [Electricity] [Radio Edit].wav

Sgt Slick & Pitch Dark Featuring Abigail Bailey - Automatic Machine [Electricity] [Vandalism Vocal Radio Edit].wav

Silt & Filip Soda - Epsilon (Spring Break Edit).wav

Stan Courtois & Felly - Adagio - (X-centrik mix).wav

Starjack & Collini - Bounze (Mordax Bastards Edit).wav

Starjack & Collini - Bounze (Original).wav

Starting Rock feat. Diva Avari - Don't Go (Original Radio Edit).wav

Sunnery James & Ryan Marciano - The Desert (R3hab Remix).wav

Superstrobe - Max. Volume.wav

Sym - Work That Body (DJ Joe K Remix Radio Edit).wav

Sym - Work That Body (Mike Even Paperboy Remix Edit).wav

11

Sym - Work That Body (Original Radio Edit).wav

Tape Leaders - Better World (Radio Edit DEF).wav

Tape Leaders - Better World (Radio Edit).wav

The Stage - Can't Stop Now (Original Radio Edit).wav

The Strap - Beachy (Edit).wav

Thoka vs Hypertrophy - Pullover (Red5 vs Hypertrophy Remix Radio Edit).wav

TJM - Small Circle Of Friends (DJ Proms Stompin Peak Time Mix Accapella Edit).wav

TJM - Small Circle Of Friends (Jerry Ropero & Michael Simon ReBroke Edit).wav

TJM - Small Circle Of Friends (JRMS Gramm In Package Edit).wav

Tosch - The Bright Side (NaXwell meets MeiGO Remix).wav

Tosch - The Bright Side (Radio Edit).wav

Tosch - The Bright Side (Ray Burnz Remix).wav

Trancedellic - Delicious Dreamer (Aerodynamic Radio Mix).wav

Trancedellic - Delicious Dreamer (Hypertrophy Radio Mix).wav

Trancedellic ft Lizzy - Always Tomorrow (Aerodynamic Radio Edit).wav

Tri-Mode - Dancin' (Barcera Radio Edit).wav

Tri-Mode - Dancin' (Original Radio Mix).wav

Trio Chic - Panzer.wav

Tristan Garner - Give Love (Arias Radio Edit).wav

Tristan Garner - Give Love (Jerome Isma Ae Remix Radio Edit).wav

Tristan Garner - Give Love (Original Radio Edit).wav

Tristan Garnier - Stomp That Shit (Edit).wav

Tristan Garnier - Stomp That Shit.wav

TV Junkeez - Knight Rider (Bangbros Remix Short Edit).wav

TV Junkeez - Knightrider (Single Cut).wav

Two Pearls - I Wanna Cha Cha.wav

Wahlstedt - Now  (Original Mix).WAV

12

Wahlstedt - Now (Patrik Soderbom Remix).wav
Wahlstedt - The Future (Original Mix).wav
Warp Brothers - Smells Like Teen Spirit (D.O.N.S.Remix) .wav
Warp Brothers - Smells Like Teen Spirit (House Spirit Radio Mix) (NEU Nov.04).wav
Warp Brothers - Smells Like Teen Spirit (Voc 2 The Floor Mix).wav
Will Clarke - African Opera.wav
Will Clarke & Steve Westover - Flirt + Squirt.wav
Youclub - Non Stop Dance (Original Radio Edit).wav
Youclub - Non Stop Dance (Sunshine Edit).wav
Yves Larock - Something On Your Mind (Eddie Thoneick Edit).wav