```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CDM DIGITAL, INC. and
KINGDOME KOME CUTS,
                Plaintiffs,

-against-

PELOTON INTERACTIVE, INC. and
PELOTON INTERACTIVE, LLC,
                Defendants.
----------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Case No.: 1:19-cv-03592-GHW

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whome a committee has been appointed, and no person not aparty has an interest in the subject matter of this action, the above-entitled action be, and the same hereby is discontinued in its entirety, without prejudice, without any costs to any party as against any other.

Dated: June 24, 2019
      Chester, New York

_____
Michael D. Meth, Esq.
10 Moffatt Lane, Suite 2
PO Box 560
Chester, New York 10918
(845) 469-9529

Dated: June 24, 2019
      San Francisco, CA

_____
Kenneth L. Steinthal, Esq.
101 Second Street, Suite 2300
San Francisco, CA 94105
(415) 318-1211

Plaintiff and Defendant Peloton Interactive, Inc. have stipulated to the dismissal of this action against Defendant Peloton Interactive, Inc. under F.R.C.P. 41(a)(1)(A)(ii). The Court understands that Plaintiff is also stipulating to the dismissal of this action against Peloton Interactive, LLC under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: June 26, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge